UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN PETRIE,

       Petitioner,                             Case No. 23-cv-11979
                                                        Hon. Matthew F. Leitman

v.

DIRECTOR RESIDENTIAL REENTRY
MGT. FIELD OFFICE – DETROIT,

       Respondent.
_____/

## ORDER GRANTING PETITIONER'S MOTION
## FOR AN EXTENSION OF TIME TO FILE A REPLY

       This is a habeas case brought pursuant to 28 U.S.C. § 2241. The matter is now before the Court on Petitioner's motion for a 20-day extension of time to file his reply. He seeks an extension due to his pro se status, the complexity of the issues, and Respondent's offer to administratively exhaust his claims. ECF No. 7.

       Having reviewed the matter, the Court finds that an extension of time is warranted and neither Respondent nor the Court will be prejudiced by the delay. Accordingly, the Court grants Petitioner's motion for an extension of time. His reply is due on or before January 24, 2024.

       **IT IS SO ORDERED**.

                                                     s/Matthew F. Leitman
                                                   MATTHEW F. LEITMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated: December 18, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 18, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
