UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN PETRIE,

     Petitioner,                              Case No. 23-cv-11979
                                                 Hon. Matthew F. Leitman

v.

DIRECTOR RESIDENTIAL REENTRY
MANAGEMENT FIELD OFFICE - DETROIT,

     Respondent.

_____/

## ORDER GRANTING PETITIONER'S
## MOTION TO STAY PROCEEDINGS (ECF No. 9)

Petitioner Sean Petrie is a federal prisoner currently under the supervision of the Residential Reentry Management Field Office – Detroit ("RRM"). Petrie has petitioned this Court for a writ of habeas corpus. (*See* Compl., ECF No. 1.)

Now before the Court is Petrie's Motion to Stay Proceedings pending Supreme Court decision in *Loper Bright Enterprises v. Raimondo*. (*See* Mot., ECF No. 9.)  Petrie argues that the Court should grant the requested stay because the decision in *Loper* may support his position in this action.  Respondent did not file anything in opposition to the motion. The Motion for stay is **GRANTED.** The action is stayed until **July 30, 2024** – well after the Supreme Court will likely issue its

decision in *Loper*.  **Petrie shall file his reply in further support of his Petition by not later than August 30, 2024**.

      **IT IS SO ORDERED.**

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  May 15, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 15, 2024, by electronic means and/or ordinary mail.

                                s/Holly A. Ryan
                                Case Manager
                                (313) 234-5126