UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN PETRIE,

      Petitioner,                                        Case No. 23-cv-11979
                                                                  Hon. Matthew F. Leitman

v.

DIRECTOR RESIDENTIAL REENTRY
MANAGEMENT FIELD OFFICE – DETROIT,

      Respondent.
_____/

## ORDER (1) VACATING ORDER TO SHOW CAUSE (ECF No. 12) AND (2) DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1) WITHOUT PREJUDICE

      In August 2023, federal prisoner Sean Petrie filed a *pro se* petition for a writ of habeas corpus in this Court pursuant to 28 U.S.C. § 2241. (*See* Pet., ECF No. 1.) At that time, Petrie was under the supervision of the Residential Reentry Management Field Office, in Detroit Michigan.

      On May 15, 2024, the Court granted Petrie's motion to stay the proceedings, and it stayed this action until July 30, 2024, pending the Supreme Court's decision in *Loper Bright Enterprises v. Raimondo*, 603 U.S. 369 (2024). (*See* Order, ECF No. 11.) The Court subsequently discovered that Petrie was released from federal custody in December 2024. Accordingly, on March 20, 2025, the Court issued an

1

order to show cause that required Petrie to (1) inform the Court whether he wished to proceed with this habeas case, and, (2) if so, whether he had exhausted his administrative remedies (the "Show Cause Order"). (Show Cause Order, ECF No. 12.) The Show Cause Order required Petrie to respond by no later than April 11, 2025, and it informed him that the failure to timely respond could result in the dismissal of his petition for want of prosecution. (*See id.*)

Petrie has not responded to the Show Cause Order. Nor has he contacted the Court to seek additional time to respond. Finally, Petrie has not filed any pleadings in support of his habeas petition since January 31, 2024. (*See* Dkt.) Petrie has therefore failed to comply with the Court's orders and has failed to prosecute this case in accordance with the federal rules. Accordingly, for the reasons explained above, the Court **VACATES** the Show Cause Order (ECF No. 12) and **DISMISSES** Petrie's habeas petition (ECF No. 1) **WITHOUT PREJUDICE** for want of prosecution. This case is now closed.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: May 28, 2025

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 28, 2025, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan  
                                               Case Manager  
                                               (313) 234-5126