UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN PETRIE,

      Petitioner,                        Case No. 23-cv-11979
                                                  Hon. Matthew F. Leitman

v.

DIRECTOR RESIDENTIAL REENTRY
MANAGEMENT FIELD OFFICE – DETROIT,

      Respondent.
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED** that the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

                                                KINIKIA ESSIX
                                                CLERK OF COURT

                                By:    s/Holly A. Ryan
                                           Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  May 28, 2025
Detroit, Michigan